# United States District Court
## Southern District of Georgia

Krystena Murray

_____   Case No. __4:25-CV-00085__
Plaintiff

v.   Coastal Fertility Specialists, LLC;   Appearing on behalf of
Dr. Jeffrey Gray; and Does 1
_____   Coastal Fertility Specialists, LLC; Dr. Jef
Defendant   (Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __12th__ day of ____May____, __2025__.

*/s/ Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Joseph J. Tierney, Jr.

Business Address:   Rogers Townsend, LLC
Firm/Business Name

205 King Street, Suite 201
Street Address

_____   Charleston   SC   29401
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

(843) 531-6109
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   joseph.tierney@rogerstownsend.com