# United States District Court
## Southern District of Georgia

Krystena Murray

_____
Plaintiff

Case No. __4:25-CV-00085__

v.  Coastal Fertility Specialists, LLC;
Dr. Jeffrey Gray; and Does 1
_____
Defendant

Appearing on behalf of
__Coastal Fertility Specialists, LLC; Dr. Jef__
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __13th__ day of __May__, __2025__.

*Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:  Chase Langston Marini

Business Address:  Rogers Townsend, LLC
Firm/Business Name

205 King Street, Suite 201
Street Address

| Street Address (con't) | Charleston | SC | 29401 |
|---|---|---|---|
|  | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

(843) 531-6106
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:  chase.marini@rogerstownsend.com